No. 83–441.   YALKOWSKY v. MOLLEN, PRESIDING JUSTICE OF APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–443.   U.S.S. POLYPROPYLENE DIVISION, A DIVISION OF UNITED STATES STEEL CORP. v. STUDIENGESELLSCHAFT KOHLE M.B.H.   C. A. 2d Cir.   Certiorari denied.

No. 83–444.   BALLIVIERO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–445.   OAKLAND RAIDERS v. CITY OF BERKELEY.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 83–452.   DIXON v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–456.   MILLER ET AL. v. UNITED STATES. ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–480.   DUCOMMUN ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 10th Cir.   Certiorari denied.

No. 83–482.   NATHANSON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 83–487.   MANGALICK ENTERPRISES, INC. v. FREEDMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–509.   FELDMAN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 83–519.   NATIONAL CASH REGISTER CORP. v. ROSE.   C. A. 6th Cir.   Certiorari denied.

No. 83–532.   COHEN ET UX. v. SMITH, ATTORNEY GENERAL, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–5014.   HELMICH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.